**EXHIBIT "A"**
**PLAINTIFF'S EXHIBIT LIST**

1. Bronson & Migliaccio's account history notes.

2. Audio recordings of telephone messages from Defendant to Plaintiff. Transcripts of these messages are found in the Complaint (DE 1). Defendant objects on authenticity, hearsay and foundation.

3. To the extent that Defendant's corporate representative Jon Cawley, who testified on behalf of Defendant at deposition, is not available, then Plaintiff intends to introduce the video recording and or deposition transcript, along with the deposition exhibits, of Mr. Cawley's deposition testimony.