UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-61164-CIV-UNGARO

JEFFREY D. BIANCHI.,
    Plaintiff,

v.

BRONSON & MIGLIACCIO, LLP,
    Defendant.
_____/

## Verdict

We, the jury, return the following verdict:

**Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.***

1. Do you find by a preponderance of the evidence that Bronson & Migliaccio, LLP ("Bronson") violated the FDCPA?

   Answer "Yes" or "No": __Yes__

   (If you answered "No," then your verdict is for Bronson on the FDCPA claims, and you should proceed to Question # 3. If you answered "Yes," then please answer Question # 1(a) below.)

1(a). If yes, do you find by a preponderance of the evidence that Bronson has proven its bona fide error defense?

   Answer "Yes" or "No": __No__

   (If you answered "Yes," then your verdict is for Bronson the FDCPA claims, and you should proceed to Question # 3. If you answered "No," then please proceed to Question # 2 below.)

1

2. What amount do you find that Jeffrey Bianchi is entitled to receive as damages for Bronson's violation(s) of the FDCPA? You may award up to $1,000.00.

$ 500.00

(Please continue to Question # 3.)

## Florida Consumer Collection Practices Act ("FCCPA"), Fla. Stat. § 559.55 et seq.,

3. Do you find by a preponderance of the evidence that Bronson violated the FCCPA?

Answer "Yes" or "No": Yes

(If you answered "No," then your verdict is for Bronson on the FCCPA claims, and you should proceed to Question # 5. If you answered "Yes," then please answer Questions # 3(a) below.)

3(a). If yes, do you find by a preponderance of the evidence that Bronson has proven its bona fide error defense?

Answer "Yes" or "No": No

(If you answered "Yes," then your verdict is for Bronson on the FCCPA claims, and you should proceed to Question # 5. If you answered "No," then please proceed to Question # 4 below.)

4. What amount do you find that Jeffrey Bianchi is entitled to receive as damages for Bronson's violation(s) of the FCCPA? You may award up to $1,000.00.

$ 500.00

(Please continue to Question #5.)

2

**Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227 *et seq.*,**

5. Do you find by a preponderance of the evidence that Bronson violated the TCPA?

    Answer "Yes" or "No": __Yes__

    (If you answered "Yes," then please proceed to Question #6. If you answered "No," then please sign and date the verdict form below.)

6. If yes, then state the number of calls that violated the TCPA:

    __67__

    (Please proceed to Question #7.)

7. Do you find by a preponderance of the evidence that any such calls were made willfully and knowingly in violation of the TCPA?

    Answer "Yes" or "No": __Yes__

    (If you answered "Yes," then please proceed to Question #8. If you answered "No," then please sign and date the verdict form below.)

8. If yes, then how many calls were made willfully and knowingly in violation of the TCPA?

    __45__

    (If you find that at least one call was made willfully and knowingly, then please proceed to Question #9. If you find that no calls were made willfully and knowingly, then please sign and date the verdict form below.)

3

9. What amount do you find that Jeffrey Bianchi is entitled to receive as additional damages for each call that Bronson made willfully or knowingly in violation of the TCPA? You may award up to $1,000 per call.

$ _100.00_

SO SAY WE ALL, this _21_ day of May 2010.



FOREPERSON
SIGNATURE

PRINT NAME

Please advise the Courtroom Security Officer that you have completed your deliberations once your foreperson has signed and dated the verdict form.