UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-61164-CIV-UNGARO

JEFFREY D. BIANCHI,
    Plaintiff,

v.

BRONSON & MIGLIACCIO, LLP,
    Defendant.
_____/

## FINAL JUDGMENT

THIS ACTION was tried by jury with Judge Ungaro presiding, and the jury entered a verdict on May 21, 2010 as follows:

(1) On the Fair Debt Collection Practices, 15 U.S.C. § 1692 *et seq,* claims, in favor of Plaintiff Jeffrey D. Bianchi in the amount of $500.00.

(2) On the Florida Consumer Practices Act, Fla. Stat. § 559.55 *et seq,* claims, in favor of Plaintiff Jeffrey D. Bianchi in the amount of $500.00.

(3) On the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq* ("TCPA"), claim, in favor of Plaintiff Jeffrey D. Bianchi, finding that 67 calls violated the TCPA and that 45 of the calls were made willfully and knowingly in violation of TCPA. The Section 227(b)(3) of the TCPA awards $500 per violation, and the jury awarded an additional $100 for each call made willfully and knowingly in violation of TCPA.

Following the jury's verdict, Plaintiff withdrew his request for injunctive and declaratory relief. (*See* D.E. 50.) There was evidence at trial that Defendant also goes by the name Bronson

1

Cawley, & Bergman, LLP.  Both Plaintiff and Defendant agree that judgment should be entered against the Defendant as "Bronson & Migliaccio, LLP also known as Bronson Cawley & Bergman, LLP."  (*See* D.E. 50, 63).

Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff Jeffrey Bianchi shall recover a net principal amount of thirty-nine thousand dollars ($39,000.00) plus post judgment interest against Defendant Bronson & Migliaccio, LLP also known as Bronson Cawley & Bergman, LLP, for which let execution issue.  The Court reserves jurisdiction on the issue of Plaintiff's attorney fees and costs.  It is further

ORDERED AND ADJUDGED that judgment is entered in favor of  Defendant Bronson & Migliaccio, LLP also known as Bronson Cawley & Bergman, LLP and against Plaintiff Jeffrey D. Bianchi on Plaintiff's declaratory and injunctive relief claims.

DONE and ORDERED in Chambers in Miami, Florida, this 3d day of June, 2010.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:   Donald A. Yarbrough, Esq., Counsel for Plaintiff
      Michael L. Duncan, Esq., Counsel for Defendant