UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61164-Civ-Ungaro/Simonton

JEFFREY D. BIANCHI,

    Plaintiff,

v.

BRONSON & MIGLIACCIO, LLP,

    Defendant.

_____/

## PLAINTIFF'S VERIFIED MOTION FOR AN AWARD OF COSTS AND ATTORNEY'S FEES AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, Jeffrey D. Bianchi, moves the Court for an Order that Defendant, Bronson & Migliaccio, LLP., pay to Plaintiff an award of costs, litigation expense, and attorney's fees for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq.* ("FDCPA"), and the Florida Consumer Collection Practices Act, Fla. Stat. §559.55 *et seq.* ("FCCPA"), in support thereof states as follows:

    1.    On July 31, 2009, Plaintiff filed his Complaint (DE 1) alleging Defendant violated the FDCPA, FCCPA, and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA").

    2.    Plaintiff herein was represented by Donald A. Yarbrough.

    3.    On June 3, 2010, (DE 64) the Court entered Final Judgment against Defendant Bronson & Migliaccio, LLP. Plaintiff was obligated to try this case. Throughout this case, even after trial had commenced, Defendant's maximum offer to settle the entire case was $5,000.00. Plaintiff was successful in that he obtained a jury

verdict for $39,000.00.

4.      Accordingly, Plaintiff is prevailing party and his recovery was excellent. He recovered statutory damages with respect to the FCCPA and the FCCPA. Plaintiff sought only statutory damages in this case, he did not seek actual damages.

5.      Plaintiff expects Defendant to argue that the fees should be substantially reduced because the Complaint alleged violation of the TCPA, which does not provide for attorney fees.. Accordingly, counsel does not seek one third of the fees incurred as an adjustment for the non-compensable TCPA claim. See paragraph 10, Declaration of Donald A. Yarbrough filed contemporaneously.

6.      Plaintiff's attorney Donald A. Yarbrough has expended a total of 72.96 hours on behalf of Plaintiff but seeks 48 hours.. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorney's Fees, accompanying this Motion. An itemized account is contained in the Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees. Plaintiff's counsel has chosen not to seek approximately 25.00 hours time as an adjustment for the time attributable to the TCPA claim. Thus the 48.00 hours Plaintiff seeks are appropriate to the litigation of the FDCPA and FCCPA claim.

7.      The hourly rate for the services provided by Donald A. Yarbrough is $350.00 per hour.

8.      The reasonable attorney fee for the services of Donald A. Yarbrough in this matter is $16,800.00 (48 hours x $350.00/hour). Plaintiff's counsel has exercised billing

judgment in the preparation of his time records. He has chosen to not bill approximately 25.00 hours time incurred in the litigation as an adjustment for the claim under the Telephone Consumer Protection Act.

9.  Mr. Yarbrough incurred costs and litigation expenses of $5,675.86 in prosecution of this matter. See Declaration of Donald A. Yarbrough in Support of Plaintiff's Motion for Award of Costs and Attorneys' Fees. The costs incurred, which primarily consist of the filing fee, mediator's fee and deposition expenses, would be no different had the case not alleged violation of the TCPA.

10.  Under the FDCPA and the FCCPA, a prevailing Plaintiff is entitled to attorney fees and costs incurred in the litigation of this Motion for Attorney Fees and Costs, and, accordingly, Plaintiff will file a supplemental Declaration once Defendant has filed its opposition and Plaintiff has filed his reply detailing the additional time spent on the litigation of this motion.

11.  Pursuant to S.D. Fla. L.R. 7.3 B(iii), Plaintiff discloses that the terms of his agreement with counsel for payment of attorney's fees and costs are the greater of 40% of any recovery or $350.00 per hour plus costs incurred.

12.  The total reasonable attorney fee for the services of Plaintiff's counsel is $16,800.00 and costs of $5,675.86 for a total of $22,485.86.

**WHEREFORE**, Plaintiff respectfully requests that this Court award reasonable attorney fees for the services of Plaintiff's counsel in the amount $16,800.00 and costs of $5,675.86 for a total of $22,475.86.

## CERTIFICATION PURSUANT TO RULE 7.3 B

The undersigned has reviewed the time records and supporting data in this matter and this Motion is well grounded in fact and is justified.

>s/Donald A. Yarbrough
>DONALD A. YARBROUGH

## CERTIFICATION REQUIRED BY S.D. Fla. L.R. 7.1 A 3(a)

Plaintiff's counsel certifies that he attempted to resolve this motion with Defendant's counsel and was unable to do so.

## VERIFICATION

I, Donald A. Yarbrough, declare under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. §1746, that the foregoing statements are true.

Executed this 5 day of August, 2010
at Fort Lauderdale, Florida

>s/Donald A. Yarbrough

>Respectfully submitted,

>DONALD A. YARBROUGH
>Attorney for Plaintiff
>Post Office Box 11842
>Fort Lauderdale, Florida 33339
>Telephone (954) 537-2000
>Facsimile (954) 566-2235

donyarbrough@mindspring.com

By: s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61164-Civ-Ungaro/Simonton

JEFFREY D. BIANCHI,

    Plaintiff,

v.

BRONSON & MIGLIACCIO, LLP,

    Defendant.

_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>August 5, 2010,</u> I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                          <u>s/Donald A. Yarbrough</u>
                                          Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Michael L. Duncan, Esq.
Volpe, Bajalia, Wickes, Rogerson & Wachs
7th Floor
501 Riverside Avenue
Jacksonville, FL 32202
Telephone: 904-355-1700
Facsimile: 904-355-1797

<u>Via Notices of Electronic Filing generated by CM/ECF</u>