# EXHIBIT "A"

Donald A. Yarbrough, Esq.
Suite 105, 2000 East Oakland Park Boulevard
Post Office Box 11842
Ft. Lauderdale, FL  33339
Email: donyarbrough@mindspring.com


Invoice submitted to:
Mr. Jeffrey D. Bianchi
Post Office Box 22933
Fort Lauderdale, FL 33335


August 05, 2010

Invoice #11373


      Professional Services

| | | | | Hrs/Rate | Amount |
|---|---|---|---|---|---|
| 7/30/2009 | DAY | Meeting | | 0.25<br>350.00/hr | 87.50 |
| 7/31/2009 | DAY | Review<br>Conduct background investigation of defendant. | | 0.50<br>350.00/hr | 175.00 |
| | DAY | Draft<br>Draft Complaint. | | 0.50<br>350.00/hr | 175.00 |
| | DAY | Background Investigation<br>Conduct background investigation of defendant. | | 0.25<br>350.00/hr | 87.50 |
| 8/10/2009 | DAY | Review<br>Review Order Setting Initial Planning and Scheduling Conference, DE 3 | | 0.08<br>350.00/hr | 28.00 |
| 8/11/2009 | DAY | Review<br>Review Summons Returned Executed | | 0.05<br>350.00/hr | 17.50 |
| 8/28/2009 | DAY | Review | | 0.13<br>350.00/hr | 45.50 |
| 8/31/2009 | DAY | Review<br>Review Order on Motion for Extension of Time, DE 5. | | 0.05<br>350.00/hr | 17.50 |
| 9/14/2009 | DAY | Review<br>Review Defendant's Answer, DE 6, and compare to allegations of complaint. | | 0.50<br>350.00/hr | 175.00 |

Mr. Jeffrey D. Bianchi                                                                                                   Page     2

|              |     |                                                                                                               | Hrs/Rate         | Amount |
|--------------|-----|---------------------------------------------------------------------------------------------------------------|------------------|--------|
| 10/5/2009    | DAY | Tele Conference                                                                                               | 0.25<br>350.00/hr | 87.50  |
|              | DAY | Prepare<br>Prepare Rule 26 Disclosures.                                                                       | 0.17<br>350.00/hr | 59.50  |
|              | DAY | Prepare<br>Prepare Joint Scheduling Report and Order.                                                         | 0.33<br>350.00/hr | 115.50 |
|              | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding settlement.                           | 0.25<br>350.00/hr | 87.50  |
|              | DAY | Draft correspondence                                                                                          | 0.08<br>300.00/hr | 24.00  |
|              | DAY | Review<br>Review Order to Show Cause, DE 7.                                                                   | 0.05<br>350.00/hr | 17.50  |
| 10/6/2009    | DAY | Prepare<br>Prepare Request for Production.                                                                    | 0.17<br>300.00/hr | 51.00  |
|              | DAY | Prepare                                                                                                       | 0.17<br>350.00/hr | 59.50  |
| 10/12/2009   | DAY | Review<br>Review Corporate Disclosure Statement, DE 9                                                         | 0.05<br>350.00/hr | 17.50  |
| 10/21/2009   | DAY | Review<br>Review and diary due dates Scheduling Order for Pre-Trial<br>Conference and Trial, DE 11.           | 0.42<br>350.00/hr | 147.00 |
|              | DAY | Review<br>Review Order of Referal to Mediation, DE 10.                                                        | 0.17<br>350.00/hr | 59.50  |
| 11/9/2009    | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding Discovery<br>responses due now and settlement. | 0.17<br>350.00/hr | 59.50  |
| 11/10/2009   | DAY | Review<br>Review Order to Show Cause, DE 12.                                                                  | 0.05<br>350.00/hr | 17.50  |
| 11/11/2009   | DAY | Review Correspondence<br>Review correspondence of opposing counsel regarding Order to Show<br>Cause and selection of Mediator. | 0.08<br>350.00/hr | 28.00  |
|              | DAY | Prepare<br>Prepare Notice of Selection of Mediator, DE 13.                                                    | 0.17<br>350.00/hr | 59.50  |
|              | DAY | Draft correspondence<br>Draft correspondence to opposing counsel regarding failure to serve<br>Discovery responses. | 0.08<br>350.00/hr | 28.00  |

Mr. Jeffrey D. Bianchi                                                                                                    Page     3

|            |     |                                                                                                                                                                                                     | Hrs/Rate           | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|--------|
| 11/12/2009 | DAY | Review                                                                                                                                                                                                                | 1.75<br>350.00/hr  | 612.50 |
| 11/23/2009 | DAY | Review                                                                                                                                                                                                                | 0.33<br>350.00/hr  | 115.50 |
| 1/13/2010  | DAY | Review<br>Review Notice of Taking Deposition, hand delivered by South Florida Carrier Service.                                                                                                                        | 0.17<br>350.00/hr  | 59.50  |
| 1/14/2010  | DAY | Review                                                                                                                                                                                                                | 0.17<br>350.00/hr  | 59.50  |
| 1/16/2010  | DAY | Revise<br>Revise Notice of Taking 30(b)(6) Deposition.                                                                                                                                                                | 0.17<br>350.00/hr  | 59.50  |
| 1/21/2010  | DAY | Review<br>Review Order to Show Cause, DE 14.                                                                                                                                                                          | 0.05<br>350.00/hr  | 17.50  |
| 1/22/2010  | DAY | Tele Conference<br>Telephone conference with opposing counsel re Interim Joint Status Report.                                                                                                                         | 0.12<br>350.00/hr  | 42.00  |
|            | DAY | Review<br>Review Interim Joint Status Report, prepared by opposing counsel, later filed as DE 15.                                                                                                                     | 0.08<br>350.00/hr  | 28.00  |
| 2/2/2010   | DAY | Prepare<br>Prepare for Defendant's Deposition to be held today.                                                                                                                                                       | 1.75<br>350.00/hr  | 612.50 |
|            | DAY | Attend Depo<br>Attend Deposition of Defendant.                                                                                                                                                                        | 2.17<br>350.00/hr  | 759.50 |
|            | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding Motion to Compel Defendant's Insurance Policy, Contract with CACH, and contract with Livevox.  Conference on Defendant's cousel's Motion to Withdraw. | 0.22<br>350.00/hr  | 77.00  |
| 2/3/2010   | DAY | Review<br>Review Motion for Leave to Withdraw as Counsel for Defendant, DE 16.                                                                                                                                        | 0.25<br>350.00/hr  | 87.50  |
| 2/4/2010   | DAY | Review<br>Review Order on Motion to Withdraw, DE 17.                                                                                                                                                                  | 0.08<br>350.00/hr  | 28.00  |
| 2/11/2010  | DAY | Review<br>Review Amended Notice of Taking Deposition, served under Certificate of Service dated February 10, 2010.                                                                                                    | 0.17<br>350.00/hr  | 59.50  |
| 2/12/2010  | DAY | Meeting<br>Meet with Client to prepare for Deposition of Plaintiff to be held today.                                                                                                                                  | 1.00<br>350.00/hr  | 350.00 |

Mr. Jeffrey D. Bianchi                                                                                                      Page        4

|            |     |                                                                                                                      | Hrs/Rate          | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------------------|--------|
| 2/12/2010  | DAY | Travel<br>Travel to and from deposition of Plaintiff.                                                                | 0.58<br>350.00/hr | 203.00 |
|            | DAY | Attend Depo<br>Attend Deposition of Plaintiff.                                                                        | 1.50<br>350.00/hr | 525.00 |
|            | DAY | Prepare<br>Prepare Plaintiff's Motion to Compel Discovery, DE 18.                                                     | 0.42<br>350.00/hr | 147.00 |
| 2/17/2010  | DAY | Tele Conference<br>Telephone conference with opposing counsel for CACH, Manny Newberger, regarding settlement of both Bronson and CACH's liability. | 0.35<br>350.00/hr | 122.50 |
| 2/18/2010  | DAY | Review<br>Review Order of Reference to Magistrate, DE 19.                                                             | 0.05<br>350.00/hr | 17.50  |
| 2/22/2010  | DAY | Review<br>Review Notice of Mediation, DE 20.                                                                          | 0.08<br>350.00/hr | 28.00  |
| 2/26/2010  | DAY | Prepare<br>Prepare Motion for Extension of Time to Complete Mediation, DE 21.                                         | 0.33<br>350.00/hr | 115.50 |
| 3/1/2010   | DAY | Review<br>Review Defendant's Response in Opposition to Plaintiff's Motion to Compel, DE 22.                           | 0.75<br>350.00/hr | 262.50 |
| 3/2/2010   | DAY | Review<br>Review Order Scheduling Mediation, DE 23.                                                                   | 0.05<br>350.00/hr | 17.50  |
| 3/9/2010   | DAY | Prepare<br>Prepare for Mediation.                                                                                     | 0.33<br>350.00/hr | 115.50 |
|            | DAY | Mediation<br>Attend Mediation.                                                                                        | 2.00<br>350.00/hr | 700.00 |
| 3/12/2010  | DAY | Review<br>Review Order on Plaintiff's Motion to Compel Discovery, DE 25.                                              | 0.17<br>350.00/hr | 59.50  |
|            | DAY | Review<br>Review Mediation Report, DE 24.                                                                             | 0.05<br>350.00/hr | 17.50  |
|            | DAY | Prepare<br>Prepare Plaintiff's Motion for Extension of Time to File Summary Judgment Motion, DE 26.                   | 0.33<br>350.00/hr | 115.50 |
| 3/15/2010  | DAY | Review<br>Review Order on Motion For Extension of Time, DE 27                                                         | 0.05<br>350.00/hr | 17.50  |
| 3/17/2010  | DAY | Review<br>Review Notice of Serving Errata Sheet of Jonathan Cawley                                                    | 0.05<br>350.00/hr | 17.50  |
| 3/19/2010  | DAY | Review<br>Review Notice of Compliance with Court Order, DE 28                                                         | 0.08<br>350.00/hr | 28.00  |

Mr. Jeffrey D. Bianchi                                                                                                          Page    5

|              |     |                                                                                                                      | Hrs/Rate        | Amount |
|--------------|-----|----------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 3/26/2010    | DAY | Review<br>Review Defendant's Motion In Limine, DE 29                                                                  | 0.67<br>350.00/hr | 234.50 |
| 4/2/2010     | DAY | Prepare<br>Prepare Notice of Filing Plaintiff's Proposed Verdict Form, later filed as DE 31.                         | 0.42<br>350.00/hr | 147.00 |
|              | DAY | Prepare<br>Prepare Plaintiff's Designation of Deposition Transcripts, later filed as DE 32.                          | 0.17<br>350.00/hr | 59.50  |
|              | DAY | Review<br>Review Defendant's Notice of Filing Proposed Jury Instructions, DE 33.                                      | 0.58<br>350.00/hr | 203.00 |
|              | DAY | Prepare                                                                                                              | 2.00<br>350.00/hr | 700.00 |
|              | DAY | Prepare<br>Prepare Joint Pre-Trial Stipulation, later filed as DE 30.                                                 | 2.00<br>350.00/hr | 700.00 |
| 4/3/2010     | DAY | Review<br>Review Defendant's Notice of Filing Proposed Jury Verdict Form, DE 35.                                      | 0.05<br>350.00/hr | 17.50  |
|              | DAY | Review<br>Review Defendant's Notice of Filing Proposed Jury Verdict Form, DE 36.                                      | 0.17<br>350.00/hr | 59.50  |
| 4/5/2010     | DAY | Review<br>Review Order Requiring Amended Exhibit and Witness Schedules, DE 37.                                        | 0.08<br>350.00/hr | 28.00  |
| 4/6/2010     | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding Amended Witness and Exhibit Lists.            | 0.08<br>350.00/hr | 28.00  |
| 4/9/2010     | DAY | Prepare<br>Prepare of Plaintiff's Amended Witness and Exhibit lists and Review and Object to Defendant's Amended Witness and Exhibit List, DE 38 | 1.75<br>350.00/hr | 612.50 |
|              | DAY | Review                                                                                                               | 0.25<br>350.00/hr | 87.50  |
| 4/20/2010    | DAY | Review<br>Review Order on Motion in Limine, DE 40.                                                                    | 0.08<br>350.00/hr | 28.00  |
| 4/23/2010    | DAY | Prepare<br>Prepare for pretrial conference.                                                                           | 1.25<br>350.00/hr | 437.50 |
|              | DAY | Attend Hearing<br>Attend pretrial conference.                                                                         | 0.83<br>350.00/hr | 290.50 |

Mr. Jeffrey D. Bianchi                                                                                              Page      6

|            |     |                                                                                                                                  | Hrs/Rate         | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------------------|------------------|--------|
| 4/23/2010  | DAY | Travel<br>Travel to and from United States District Court House, Miami Florida for Pretrial Conference.                          | 1.58<br>350.00/hr | 553.00 |
|            | DAY | Tele Conference<br>Telephone conference with client regarding results of pretrial hearing.                                       | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Prepare<br>Prepare Notice Following Pretrial Hearing, DE 42                                                                      | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Review<br>Review Minute Entry for Proceedings held before Judge Ursula Ungaro, DE 41                                             | 0.05<br>350.00/hr | 17.50  |
| 4/26/2010  | DAY | Review<br>Review Order on Pre-Trial Conference, DE 43                                                                            | 0.05<br>350.00/hr | 17.50  |
| 4/27/2010  | DAY | Tele Conference<br>Telephone conference with chambers and opposing counsel regarding change of Calendar Call and Trial Date.     | 0.18<br>350.00/hr | 63.00  |
| 5/3/2010   | DAY | Review<br>Review Defendant's Trial Subponea to Plaintiff's Employer.                                                             | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Tele Conference<br>Telephone conference with opposing counsel regarding Trial Subpeonea to Plaintiff's Employer.                 | 0.08<br>350.00/hr | 28.00  |
| 5/6/2010   | DAY | Review<br>Review Four Trial Subpoenas issued by Defendant, served under Certificate of Service dated May 6, 2010.                | 0.27<br>350.00/hr | 94.50  |
| 5/10/2010  | DAY | Review<br>Review Order to Show Cause, DE 44.                                                                                     | 0.05<br>350.00/hr | 17.50  |
| 5/12/2010  | DAY | Review                                                                                                                           | 0.50<br>350.00/hr | 175.00 |
|            | DAY | Prepare<br>Prepare Declaration in Response to Order to Show Cause, DE 46                                                         | 1.33<br>350.00/hr | 465.50 |
|            | DAY | Meeting<br>Meet with client to prepare his Declaration, DE 46.                                                                   | 0.50<br>350.00/hr | 175.00 |
| 5/13/2010  | DAY | Prepare<br>Prepare Notice of Striking DE 47, DE 48                                                                               | 0.08<br>350.00/hr | 28.00  |
| 5/18/2010  | DAY | Prepare<br>Prepare for Trial.                                                                                                    | 2.00<br>350.00/hr | 700.00 |
|            | DAY | Meeting<br>Meet with client to prepare for trial.                                                                                | 1.50<br>350.00/hr | 525.00 |

Mr. Jeffrey D. Bianchi                                                                                                        Page      7

|            |     |                                                                                                                                                        | Hrs/Rate         | Amount   |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------|------------------|----------|
| 5/19/2010  | DAY | Attend trial.<br>Attend first day of trial for jury selection.                                                                                        | 3.50<br>350.00/hr | 1,225.00 |
|            | DAY | Travel<br>Travel to and from Miami Courthouse for first day of trial.                                                                                  | 1.25<br>350.00/hr | 437.50   |
|            | DAY | Meeting<br>Meet with Plaintiff after first day of trial, during which jury was selected, to prepare Plaitniff for testimony tomorrow.                 | 1.33<br>350.00/hr | 465.50   |
|            | DAY | Prepare<br>Prepare presentation of Platiniff's case for delivery to jury tomorrow.                                                                     | 5.00<br>350.00/hr | 1,750.00 |
|            | DAY | Review<br>Review Defendant's Requested Voir Dire, Served Under Certificate of Service Dated May 19, 2010                                              | 0.25<br>350.00/hr | 87.50    |
| 5/20/2010  | DAY | Travel<br>Travel to and from Miami Courthouse for second day of trial.                                                                                 | 1.25<br>350.00/hr | 437.50   |
|            | DAY | Attend trial.<br>Attend second day of trial: Plaintiff's case prented to jury followed by Defendnat's presentatiion.                                  | 8.00<br>350.00/hr | 2,800.00 |
|            | DAY | Prepare<br>Prepare closing argument for trial tomorrow.                                                                                                | 2.50<br>350.00/hr | 875.00   |
| 5/21/2010  | DAY | Attend trial.<br>Attend thrid and final day of trial: 1:00 PM to 5:40 PM.                                                                              | 4.67<br>350.00/hr | 1,634.50 |
|            | DAY | Travel<br>Travel to and from Miami Courthouse for third day of trial.                                                                                  | 1.25<br>350.00/hr | 437.50   |
|            | DAY | Review<br>Review Minute Entry for Proceedings, DE 53                                                                                                   | 0.05<br>350.00/hr | 17.50    |
| 5/24/2010  | DAY | Research<br>Research Florida Division of Corporations and Florida Department of Financial Services, (debt collector's licensing records), for information regarding date Defendant changed its name. | 0.17<br>350.00/hr | 59.50    |
|            | DAY | Prepare<br>Prepare Plaintiff's Second Request for Production of Documents, Served under Certificate of Service May 24, 2010                           | 0.25<br>350.00/hr | 87.50    |
| 5/25/2010  | DAY | Review<br>Review Order regarding filings with the Court, DE 49.                                                                                        | 0.08<br>350.00/hr | 28.00    |
|            | DAY | Review<br>Review Plaintiff's Motion for Judgment, DE 50                                                                                                | 0.25<br>350.00/hr | 87.50    |
| 5/26/2010  | DAY | Review<br>Review Minute Entry for Proceedings, DE 51                                                                                                   | 0.05<br>350.00/hr | 17.50    |

Mr. Jeffrey D. Bianchi                                                                                                         Page         8

|            |     |                                                                                                            | Hrs/Rate        | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 5/26/2010  | DAY | Review<br>Review Minute Entry for Proceedings, DE 52                                                        | 0.05<br>350.00/hr | 17.50  |
|            | DAY | Review<br>Review Exhibit and Witness List, DE 57                                                            | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Review<br>Review Clerk's Notice of Trial Exhibits, DE 58                                                    | 0.05<br>350.00/hr | 17.50  |
|            | DAY | Review<br>Review Notes from Trial, DE 53                                                                    | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Review<br>Review Jury Instructions, DE 54                                                                   | 0.17<br>350.00/hr | 59.50  |
| 5/27/2010  | DAY | Review<br>Review Order on the Parties' Motions for Judgment as a Matter of Law, DE 59                       | 0.25<br>350.00/hr | 87.50  |
|            | DAY | Review<br>Review Verdict, DE 60                                                                             | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Review<br>Review Clerk's Notice of Docket Correction, DE 61                                                 | 0.05<br>350.00/hr | 17.50  |
| 6/1/2010   | DAY | Review<br>Review Response to Motion for Entry of Judgment, DE 62                                            | 0.08<br>350.00/hr | 28.00  |
| 6/2/2010   | DAY | Review<br>Review Defendant's Amended Response to Motion for Entry of Judgment, DE 63                        | 0.08<br>350.00/hr | 28.00  |
| 6/4/2010   | DAY | Review<br>Review Final Judgment, DE 64.                                                                     | 0.08<br>350.00/hr | 28.00  |
|            | DAY | Review<br>Review Administrative Order Closing Case, DE 65.                                                  | 0.05<br>350.00/hr | 17.50  |
| 6/18/2010  | DAY | Prepare<br>Prepare Writ of Garnishment, later filed as DE 68                                                | 0.50<br>350.00/hr | 175.00 |
| 6/22/2010  | DAY | Review<br>Review Clerk's Receipt for Writ of Garnishment, DE 67                                             | 0.05<br>350.00/hr | 17.50  |
|            | DAY | Prepare<br>Prepare Motion to Clerk for Writ of Garnishment After Judgment, DE 66                            | 0.17<br>350.00/hr | 59.50  |
|            | DAY | Review<br>Review Return of Service for Writ of Garnishment                                                  | 0.08<br>350.00/hr | 28.00  |
| 6/28/2010  | DAY | Review<br>Review Defendant's Responses and Objections to Plaintiff's Second Production Requests Served After Trial, served under Certificate of | 0.17<br>350.00/hr | 59.50  |

Mr. Jeffrey D. Bianchi                                                                                                          Page       9

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
|  |  | Service dated June 23, 2010. |  |  |
| 7/14/2010 | DAY | Review<br>Review HSBC's Answer to Writ of Garnishment, DE 69. | 0.08<br>350.00/hr | 28.00 |
|  | DAY | Prepare<br>Prepare Plaintiff's Motion for Entry of Judgment against Garnishee, later filed as DE 70. | 1.00<br>300.00/hr | 300.00 |
|  | DAY | Revise<br>Revise Plaintiff's Motion for Entry of Judgment against Garnishee, later filed as DE 70. | 0.25<br>350.00/hr | 87.50 |
| 7/29/2010 | DAY | Review<br>Review Motion to Dissolve Plaintiff's Writ of Garnishment against Garnishee, HSBC Bank USA, DE 72 | 0.17<br>350.00/hr | 59.50 |
|  | DAY | Review<br>Review Opposition to Plaintiff's Motion for Entry of Judgment Against Garnishee, HSBC Bank USA, DE 71 | 0.08<br>350.00/hr | 28.00 |
| 7/30/2010 | DAY | Review<br>Review DE 73, Clerks Notice to Filer regarding DE 72 which was filed in error. | 0.05<br>350.00/hr | 17.50 |
|  |  | For professional services rendered | 72.96 | $25,473.50 |
|  |  | Additional Charges : |  |  |
|  |  |  | Qty/Price |  |
| 7/31/2009 | DAY | Filing Fee<br>Filing Fee paid to Clerk of Court. | 1<br>350.00 | 350.00 |
|  | DAY | Process Server<br>Service of Process. | 1<br>30.00 | 30.00 |
| 2/2/2010 | DAY | Video Conferencing<br>Video Recording Fee for Deposition of Defendants Corporate Representative. | 1<br>352.25 | 352.25 |
| 3/1/2010 | DAY | Video Conferencing<br>Video Conference Fee for room charge and video conference line charge for Deposition of Defendant held February 2, 2010. | 1<br>1,558.20 | 1,558.20 |
| 3/13/2010 | DAY | Mediator's Fee<br>Mediator's Fee. | 1<br>555.50 | 555.50 |
| 3/14/2010 | DAY | E115 Deposition transcripts<br>Transcript of Deposition of Defendant held February 2, 2010. | 1<br>515.50 | 515.50 |
| 5/24/2010 | DAY | Court Reporter<br>Transcript of Trial May 19-21, 2010, DE 55, DE 56 | 286<br>5.34 | 1,527.24 |

| | | | | Qty/Price | Amount |
|---|---|---|---|---:|---:|
| Mr. Jeffrey D. Bianchi | | | | | Page    10 |
| 6/3/2010 | DAY | E124 | Other expenses | 1 | 657.20 |
| | | | Trial Boards paid to Alternative Legal Copy, Inc. | 657.20 | |
| 6/18/2010 | DAY | E112 | Court fees | 1 | 100.00 |
| | | | Filing Fee for Writ of Garnishment. | 100.00 | |
| | DAY | | Process Server | 1 | 30.00 |
| | | | Service of Process for Writ of Garnishment. | 30.00 | |
| | Total costs | | | | $5,675.89 |
| | Total amount of this bill | | | | $31,149.39 |
| | Balance due | | | | $31,149.39 |

Please remit the balance due to:

Donald A. Yarbrough, Esq.
Post Office Box 11842
Ft. Lauderdale, FL 33339