UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61164-Civ-Ungaro/Simonton

JEFFREY D. BIANCHI,

    Plaintiff,

v.

BRONSON & MIGLIACCIO, LLP,

    Defendant.

_____/

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Plaintiff, Jeffrey D. Bianchi, moves this Court to compel Defendant, to produce documents, and, in support thereof, states as follows:

1. The judgment entered against Defendant remains unsatisfied. Plaintiff propounded discovery, attached as Exhibit "A," in aid of execution on the judgment and Defendant has failed to respond to the request, and thus has waived any objection thereto.

## CERTIFICATION OF PRE-FILING CONFERENCE REQUIRED BY LOCAL RULE

Plaintiff's counsel conferred with attorney for Defendant, Patrick Bergmann on April 15, 2011, who stated that he was taking over the case from Jonathan Cawley. Plaintiff's counsel informed Mr. Bergmann that if the discovery responses were not forthcoming, that Plaintiff would move to compel and seek attorney's fees for the motion.

WHEREFORE, Plaintiff, Jeffrey D. Bianchi, respectfully requests the Court order Defendant to provide responses to his discovery requests without objection, and require Defendant to pay Plaintiff's attorney's fees incurred in this motion.

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
donyarbrough@mindspring.com

s/Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 09-61164-Civ-Ungaro/Simonton

JEFFREY D. BIANCHI,

    Plaintiff,

v.

BRONSON & MIGLIACCIO, LLP,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on February 12, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      s/Donald A. Yarbrough
                                                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Jonathan Cawley, Esq.
415 Lawrence Bell Drive
Williamsville, NY 14221

Via US Mail